E-FILED
Wednesday, 23 January, 2008   10:54:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CR-30122 |
| ) | |
| ALLEN W. BLEVINS, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

     The undersigned enters his appearance as attorney of record for the defendant, ALLEN W. BLEVINS. The undersigned further requests that copies of all notices and pleadings relative to the above cause of action be forwarded to the undersigned. The Defendant pleads not guilty to the charges filed against him in the instant case.

     Respectfully submitted,

     ALLEN W. BLEVINS - Defendant

     **s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

**Gregory M. Gilmore**
United States Attorney
318 S. Sixth
Springfield, IL 62701-1806
217-492-4450
217-492-4512 (fax)
email:  greg.gilmore@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com