AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

ALLEN W. BLEVINS
12836 Clear Ridge Road
Knoxville, Tennessee  37922

Case Number:  07-30122



FILED
JAN 2 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**600 E MONROE, COURTROOM 3, SPRINGFIELD, ILLINOIS**
on
**MONDAY, FEBRUARY 4, 2008 AT 11:00 A.M.**
before the
HONORABLE **US MAGISTRATE JUDGE BYRON G. CUDMORE**

To answer a(n) **INFORMATION** charging you with a violation of Title **16**, United States Code, Section(s) **3372 and 3373**.

Brief description of offense:

Lacey Act - transport of unlawfully taken deer and forfeiture

s/ Pamela E. Robinson

DATE: **January 3, 2008**

PAMELA E. ROBINSON, CLERK

s/Marleen Cooke
BY: DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |
| Check one box below to indicate the appropriate method of service |

[✓] Served personally upon the defendant at: Wolfe Camera, Kingston Pike Knoxville, TN

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
    Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 01/23/2008          T. Hedden
            Date                  Name of United States Marshal

                                  John Duide
                                  (by) Deputy United States Marshal

Remarks: