AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

**E-FILED**
Tuesday, 05 February, 2008 04:04:46 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
DISTRICT OF _____

UNITED STATES OF AMERICA
V.
ALLEN W. BLEVINS

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

Case Number:     07-30122

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X _[signature]_____,
                                           Defendant

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**    _____
                                                              Defendant

Consented to by United States    _____
                                  Signature

                                 _____
                                  Name and Title

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

                                 X _____,
                                                    Defendant

_____          Approved By: _____
Defendant's Attorney (if any)                   U.S. Magistrate Judge

                                               _____
                                                    Date