

PROB 13C
(10/76)

# UNITED STATES DISTRICT COURT

_____ CENTRAL _____ DISTRICT _____ ILLINOIS _____

### Defendant's Waiver of Preparation of Presentence Investigation and Report

I, _____ ALLEN W. BLEVINS _____, hereby waive
(Name of Defendant)
my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

02.04.08
(Date)

(Signature of Defendant)

02.04.08
(Date)

(Defendant's Attorney)