E-FILED
Tuesday, 12 February, 2008   04:43:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-30122 |
| | ) |
| ALLEN W. BLEVINS, | ) |
| | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

THIS MATTER coming on for hearing on the government's motion for entry of an Order of Forfeiture upon Defendant ALLEN W. BLEVINS' plea of guilty and pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.  The Information in the above described cause sought the forfeiture of certain property, namely:

    (a)  One 10-point white-tailed deer mount killed by the defendant on October 1, 2004;

    (b)  One 8-point white-tailed deer mount killed by the defendant on November 12, 2004;

    (c)  One 10-point white-tailed deer mount killed by the defendant on November 25, 2004.

The Information alleged that said items were wildlife illegally hunted and transported in interstate or foreign commerce by the defendant in violation of Title 16 U.S.C.

§§3372(a)(2)(A) and 3373(d)(2), and pursuant to 16 U.S.C. §3374 are forfeited to the United States of America.

2.  On February 4, 2008, the defendant entered into a plea agreement with the government, whereby he pled guilty to the Information and agreed to the forfeiture of the three white-tailed deer mounts.

3.  By virtue of the plea agreement and the evidence presented, this Court found that the government has proven the appropriate nexus between the items sought to be forfeited and the illegal acts for which the defendant was charged.

4.  Because the wildlife was hunted, acquired and transported illegally and is essentially contraband, there are no potential claimants other than the U.S. Department of Fish and Wildlife to which notice must be sent, and the forfeitability of the items to the United States can be determined at this time without the necessity of third party ancillary proceedings.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.  All right, title and interest in and to the following items is hereby forfeited to the United States of America:

  (1) One 10-point white-tailed deer mount killed by the defendant on October 1, 2004;

  (2) One 8-point white-tailed deer mount killed by the defendant on November 12, 2004; and

    (3)    One 10-point white-tailed deer mount killed by the defendant on November 25, 2004.

B.    The United States/U.S. Department of Fish and Wildlife is hereby authorized to seize said property for disposition in accordance with law.

ENTERED this 12th day of Feb., 2008.

                                            s/ Byron G. Cudmore
                                        U.S. Magistrate Judge Byron G. Cudmore