IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO. 07-30122 |
| v. | ) |
| | ) |
| ALLEN W. BLEVINS, | ) |
| | ) |
| Defendant. | ) |

**SATISFACTION OF MONETARY JUDGMENT**

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

DATE: February 21, 2008

s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this February 21, 2008, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> Allen W. Blevins
> c/o Peter Wise, Esq.
> 1231 S. 8th Street
> Springfield, IL 62703-2516

> s/James A. Lewis
> James A. Lewis, NC Bar # 5470
> Attorney for Plaintiff
> United States Attorneys office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888
> E-Mail: Jim.Lewis2@usdoj.gov